**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORESTES ANTONIO GARCIA-MORAN, <br><br> Petitioner, <br><br> v. <br><br> WARDEN of the ADELANTO DETENTION FACILITY, *et al.*, <br><br> Respondents. | Case No. 2:26-cv-04034-RAO <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Granting In Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.


DATED: May 8, 2026


                                   /s/
                          _____
                          ROZELLA A. OLIVER
                          UNITED STATES MAGISTRATE JUDGE